STATE OF NEW JERSEY v. ANGELA SOTO.

April 19, 1989.

Petition for certification denied.

STEVEN JAFFE v. STATE OF NEW JERSEY AND
DEPARTMENT OF TRANSPORTATION OF THE
STATE OF NEW JERSEY.

April 19, 1989.

Petition for certification denied.

IN THE MATTER OF THE ESTATE OF HARRY TURETZKY.

April 19, 1989.

Petition for certification denied.

M.B., A MINOR BY HIS PARENTS M.B., SR., AND D.B.
v. TEANECK BOARD OF EDUCATION.

April 19, 1989.

Petition for certification denied.